# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-0710

———————————————

ABBEY FOLSOM,

Appellant,

v.

TALLAHASSEE COMMUNITY
COLLEGE,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

April 11, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Kevin C. Kostelnik and Tiffany R. Cruz of Cruz Law Firm, P.A., Tallahassee, for Appellant.

Riley Landy and J. Craig Knox of Andrews, Crabtree, Knox & Longfellow, LLP, Tallahassee, for Appellee.